# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAQUINCIA SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-02506** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A" (4)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision is **AFFIRMED,** as it is based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

December 15, 2025

_____
UNITED STATES DISTRICT JUDGE